# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

BEVERLY J. LYNCH,                                  Civil File No. 10-CV-2123 KHV/DWB

    Plaintiff,

vs.                                                **NOTICE OF DISMISSAL**
                                                                                       **WITH PREJUDICE**

MIDLAND CREDIT MANAGEMENT, INC.,

    Defendant.

**NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                  Respectfully submitted,

Dated:  May 4, 2010                                   /s/ J. Mark Meinhardt
                                                    J. Mark Meinhardt KS # 20245
                                                    4707 College Blvd, Suite 100
                                                    Leawood, KS 66211
                                                    (913) 451-9797 (Telephone)
                                                    (913) 451-6163 (Facsimile)
                                                    meinhardtlaw@sbcglobal.net

                                                    **ATTORNEY FOR PLAINTIFF**